628

359 A.2d 832
COMMONWEALTH
v.
WILLS, Appellant.

Argued April 14, 1976. John Woodcock, Jr., Public Defender, for appellant. No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Appellant's conviction is affirmed per curiam. The case is remanded for resentencing on charge of possession of instruments of crime, 18 Pa.C.S. § 907, within lawful limits, 18 Pa.C.S. § 1104 (1).